# COURT MINUTES
## Magistrate Judge Eduardo Sanchez

Atkins Building Courthouse - 6th Floor                          Date: 06/05/2026  Time: 2:00 PM

Defendant:  Juan  Gabriel Reyes          J#: 68168-512   Case #: 26-mj-2992- Sanchez

AUSA:  Daniel Olinghouse                    Attorney:   AFPD – Elizabeth Blair

Violation:   INTERFERENCE WITH FLIGHT CREW MEMBERS AND ATTENDANTS; 18:113 ASSAULT WITHIN MARITIME AND   Surr/Arrest Date: _____   YOB: _____

Proceeding:  Detention Hearing                    CJA Appt: _____

Bond/PTD Held: ○ Yes  ○ No          Recommended Bond: TEMP/PTD

Bond Set at:  $50K PSB                    Co-signed by: Mother, Father or Brother

| | |
|---|---|
| ☑ **Surrender and/or do not obtain passports/travel docs** | Language:  English |
| ☑ **Report to PTS as directed/or** _____ **x's a week/month by phone:** _____ **x's a week/month in person** | Disposition:<br> *Brady Order Given 6/2/26;<br>Prelim/Arraign set 6-23-26 @10 am* |
| ☑ **Random urine testing by Pretrial Services** _____ **Treatment as deemed necessary** | |
| ☑ **Refrain from abstain use of alcohol** | Gov't seeks PTD, serious risk of flight. |
| ☑ **Participate in mental health assessment & treatment** | Detention Hearing held; |
| ☑ **Maintain or seek full-time employment** | Timothy Silliman TFO/FBI sworn and |
| ☐ No contact with victims/witnesses except through counsel | testified. |
| ☑ **No firearms**<br>☑ **Not to encumber property** | Gov't. ore tenus request for PTD – |
| ☑ **May not visit transportation establishments except for buses for supervision and court only.** | **DENIED**.  Defense ore tenus request<br>for Bond – **GRANTED**. The Court |
| ☑ **Location Electronic Monitoring w/GPS (Stand Alone)**<br>Curfew _____ pm to _____ am, paid by  USPO | Grants defense request and ordered a<br>$50K PSB co-signed by 1 family |
| ☑ **Allowances: Medical needs, court appearances, attorney visits, religious, employment, substance abuse, Mental treatment, court ordered obligations and reporting to Pretrial Services.** | member (mother, father or brother).<br>The defendant will remain in custody |
| ☐ Travel extended to: _____ | pending availability at placement and |
| ☑ Other: **Remain at Residential Reentry Center (Halfway House)** | and a co-signers signature on bond. |

**NEXT COURT APPEARANCE**   Date: _____   Time: _____   Judge: _____

Report RE Counsel: _____

PTD/Bond Hearing: _____

Prelim/Arraign or Removal: _____

**Status Conference RE:   Placement      6-9-26        11:00 a.m.   Magistrate Judge Sanchez   Miami**

D.A.R.  14:17:29; 15:06:21                    Time in Court: 51 minutes

s/Eduardo Sanchez                                    Magistrate Judge